# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JACK L. FIRKINS,<br><br>      Plaintiff,<br><br>      v.<br><br>WILLIAM WEIER, XAVIER BLACKBURN,<br>and DALE ENGELMANN,<br><br>      Defendants. | Case No. 3:17-cv-00205-JPG-RJD |

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

This matter comes before the Court on the Report and Recommendation ("Report") (ECF No. 57) of Magistrate Judge Reona J. Daly with regard to the defendants' motion to dismiss for lack of prosecution. (ECF No 55.) The Court may accept, reject, or modify—in whole or in part— the findings or recommendations of the magistrate judge in her Report. FED. R. CIV. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

Here, the Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. So the Court:

- **ADOPTS** the Report in its entirety (ECF No. 57);
- **GRANTS** the defendants' motion to dismiss (ECF No. 55);
- **DISMISSES** this case **WITH PREJUDICE**; and
- **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED: OCTOBER 1, 2018**                                  s/ *J. Phil Gilbert*
                                                            **J. PHIL GILBERT**
                                                            **DISTRICT JUDGE**