## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

JACK L. FIRKINS,

    Plaintiff,

v.

WILLIAM WEIER, XAVIER BLACKBURN, and DALE ENGELMANN,

    Defendants.

Case No. 3:17-cv-00205-JPG-RJD

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**.

DATED: October 1, 2018

                                        **Thomas L. Galbraith,**
                                        **Acting Clerk of Court**

                                        **BY: s/Tina Gray**
                                             **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**